FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

APR 09 2024

GARY P. SEDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

TRINA A. HIGGINS, United States Attorney (#7349)
JOSEPH M. HOOD, Assistant United States Attorney (#13536)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
Email: joseph.hood@usdoj.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. STEVEN BRIAN ESQUIVIAS, Defendant. | INDICTMENT<br><br>Count I: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute.<br><br>Case: 4:24-cr-00037<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 4/9/2024<br>Description: USA v. |

The Grand Jury charges:

COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about February 18, 2024, in the District of Utah,

**STEVEN BRIAN ESQUIVIAS,**

defendant herein, did knowingly and intentionally possess with intent to distribute

Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. §

812, all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

JOSEPH HOOD
Assistant United States Attorney